IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

BENJAMIN LEE ARMINGTON,

    Plaintiff,

v.                                          Case No. 4:18cv541-MW/CJK

PATTY ATKINSON,
INMAN,
COLDIRON, and
CLAY COUNTY JAIL ADMINISTRATOR,

    Defendants
_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 4. Upon consideration, no objections having been filed by the parties,[1]

**IT IS ORDERED:**

The report and recommendation is **accepted and adopted** as this Court's opinion. This case is **TRANSFERRED** to the U. S. District Court for the Middle District of Florida, Jacksonville Division. The Clerk shall take all necessary steps to effectuate the transfer. The Clerk shall close the file.

**SO ORDERED** on January 10, 2019.

                                            **s/ MARK E. WALKER**
                                            **Chief United States District Judge**

---

[1] Plaintiff has failed to keep the Clerk advised of his correct address as evidenced by returned mail. ECF No. 5.